UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.        4:89cr4013-WS

THEODORE COCKRAN,

    Defendant.

---

ORDER DENYING "MOVANT'S MOTION IN OPPOSITION
TO THE GOVERNMENT'S RESPONSE"

Before the court is "Movant's Motion in Opposition to the Government's Response." Doc. 455. In essence, the motion is an unauthorized reply to the government's response to the defendant's motion for reconsideration filed on September 16, 2013. See N.D. Fla. Loc. R. 7.1(C)(2) (providing that "[n]o reply memoranda shall be filed absent a showing of good cause and upon leave of the court"). Because the defendant has not shown good cause to support the filing of a reply, it is ORDERED:

The defendant's "Motion in Opposition to the Government's Response" (doc. 455) is DENIED.

DONE AND ORDERED this   13th   day of   November  , 2013.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE