UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                      4:89cr4013-WS

THEODORE COCKRAN,

      Defendant.

_____

ORDER DENYING DEFENDANT'S MOTION
FOR RECONSIDERATION

    Before the court is the defendant's motion for reconsideration.  Doc. 457. For the third time, the defendant asks the court to reconsider an order, entered January 24, 2012, later affirmed on appeal, denying the defendant's request for a reduction in sentence based on Amendment 750.  See Docs. 441, 442, 451, 454.

    The court has reviewed the defendant's most recent motion for reconsideration but—again—finds nothing therein to change the court's decision docketed January 24, 2012.  Accordingly, it is ORDERED:

    The defendant's motion (doc. 457) for reconsideration is DENIED.

DONE AND ORDERED this   2nd   day of   December  , 2013.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE